BK: 1543 PG: 14

# CONFIRMATORY ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that Ameriquest Mortgage Company, which is organized and existing under the laws of United States of America

FOR VALUE RECEIVED, AND WITH AN EFFECTIVE DATE OF July 10, 2008 meaning and intending to replace the original assignment which due to inadvertence and/or mistake was lost, hereby grants, assigns and transfers to

Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R11, located in c/o Citi Residential Lending, Inc., at 10801 6th Street #130, Rancho Cucamonga, CA 91730

All of the right, title, and interest that said Ameriquest Mortgage Company has in and to and under that certain Mortgage dated November 10, 2004, executed by John A. McDonough, Jr. and recorded with The Land Evidence Records for the Town of Lincoln, County of Providence, State of Rhode Island at Book 1199, Page 153, describing the land therein as 26-28 Arnold Street, Lincoln, RI 02865;

TOGETHER with the Note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

IN WITNESS WHEREOF, Ameriquest Mortgage Company has caused these presents to be signed by its duly authorized officer and its corporate seal to be hereunto affixed, this /2¼ day of August, 2008.

IN THE PRESENCE OF:                         Ameriquest Mortgage Company by Citi
                                            Residential Lending Inc. as Attorney in Fact

_____                     _____
Maria Barajas, Authorized Agent             Tamara Price, Vice President

26-28 Arnold Street, Lincoln, RI 02865

**STATE OF California**
**County of San Bernardino**

On /2¼ August, 2008, before me, _____Julian Moreno_____ personally appeared Tamara Price and Maria Barajas, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity(ies), and that by their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____                     _____
NOTARY PUBLIC SIGNATURE                     NOTARY PUBLIC SEAL

RECEIVED FOR RECORD
LINCOLN, RI
Aug 27, 2008 01:39:53P
BOOK: 1543 PAGE: 14
KAREN D. ALLEN
TOWN CLERK

JULIAN MORENO
Commission # 1595825
Notary Public - California
Orange County
My Comm. Expires Jul 18, 2009