INST: 00003764
BK: 1548 PG: 106

### AFFIDAVIT OF SCRIVENER'S ERROR

The undersigned Affiant, having first been duly sworn, states as follows:

1. The Affiant, in his capacity an attorney for Old Republic National Title Insurance Company, is familiar with the title to certain real property know as 26-28 ARNOLD STREET, LINCOLN, RI 02865.

2. A certain Mortgage was executed on November 10, 2004, by John A. McDonough, Jr., a single man, and granted to Ameriquest Mortgage Company (the "Mortgagee") recorded in the records of Providence County, Rhode Island, Town of Lincoln at Book 1199 Page 153 and later assigned to Citi Residential Lending, Inc.

3. The Mortgage as recorded contained an error in the legal description of the property. The legal description in the Mortgage incorrectly recited the property as:

> ALL THAT PARCEL OF LAND IN TOWN OF LINCOLN, PROVIDENCE COUNTY, STATE OF RHODE ISLAND, AS MORE FULLY DESCRIBED IN DEED BOOK 704, PAGE 212, ID# [illegible], BEING KNOWN AND DESIGNATED AS LOT 17, WOODLAND TERRACE, FILED IN PLAT CARD 281.
>
> BY FEE SIMPLE DEED FROM WAYNE R. KELLEY AND JUDITH A. KELLEY AS SET FORTH IN BOOK 704 PAGE 212 DATED 08/01/2000 AND RECORDED 07/01/2000, PROVIDENCE COUNTY RECORDS, STATE OF RHODE ISLAND.

1

INST: 00003764
BK: 1548 PG: 107

4. The correct legal description of the property in the Mortgage should read as follows:

ALL THAT PARCEL OF LAND IN TOWN OF LINCOLN, PROVIDENCE COUNTY, STATE OF RHODE ISLAND, AS MORE FULLY DESCRIBED IN DEED BOOK 1172, PAGE 161, DATED 11/05/2004 RECORDED 11/10/2004 ID# 02196668, BEING KNOWN AND DESIGNATED AS METES AND BOUNDS PROPERTY.

5. This Affidavit is being recorded for the purpose of correcting the foregoing error.

Dated: September 26, 2008

AFFIANT:

_____
Brien M. Penn
Counsel for Old Republic Nat'l
Title Insurance Company
8850 Stanford Blvd., Suite 1600
Columbia, Maryland 21045
410-872-9444

RECEIVED FOR RECORD
LINCOLN, RI
Oct 02, 2008 11:50:44A
BOOK: 1548 PAGE: 106
KAREN D. ALLEN
TOWN CLERK

State of Maryland )
) ss.
County of Anne Arundel )

The foregoing instrument was acknowledged before me on this 26 day of September 2008 by Brien M. Penn, Counsel for Old Republic Nat'l Title Insurance Company, Insurer of MERS, Inc. as nominee for Wilmington Finance, its successors and assigns.

_____
Kristen Sherfey, Notary Public

Kristin A. Sherfey
NOTARY PUBLIC
Anne Arundel County
State of Maryland
My Commission Expires
August 23, 2011

2